**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RISE ECONOMY, et al.,

    *Plaintiffs,*

v.

RUSSELL VOUGHT, et al.,

    *Defendants*.

Case No. 1:25-cv-02374-DLF

**[PROPOSED] ORDER**

The HEAL Food Alliance's Motion for Leave to File an Amicus Curiae Brief is

**GRANTED**. The clerk shall docket the Proposed Amicus Curiae Brief.

    **SO ORDERED.**

_____