IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RISE ECONOMY, et al.,<br><br>      Plaintiffs,<br> v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.,<br><br>      Defendants. | Case No. 1:25-cv-2374 (DLF) |

## **JOINT MOTION FOR STAY OF DEADLINES**

The parties hereby jointly move for a stay of the deadlines entered by the Court on September 12, 2025.

1. On July 28, 2025, Plaintiffs served their complaint [ECF No. 1] on Defendants, challenging the Bureaus' actions with respect to its implementation of § 1071 of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010.

2. On September 3, Plaintiffs filed a motion for summary judgment [ECF No. 14] on three of their four claims. *See* ECF No. 14-1 n.1.

3. On September 11, the parties jointly moved [ECF No. 23] for the entry of the following briefing schedule (premised on the complaint and motion as they then existed):

| **Document** | **Deadline for Filing** |
|---|---|
| Defendants' Motion to Dismiss the Complaint and Opposition to Plaintiffs' Motion for Summary Judgment | On or before **October 10, 2025** |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss and Reply in Support of Motion for Summary Judgment | On or before **November 7, 2025** |
| Defendants' Reply in Support of Its Motion to Dismiss | On or before **November 21, 2025** |

4. In a September 12 Minute Order, the Court adopted the parties proposed schedule.

5. On October 2, 2025, the Bureau published a new final rule related to its implementation of § 1071. *See* 90 Fed. Reg. 47514.

6. Plaintiffs intend to file a supplemental or amended complaint and revised motion for summary judgment.

7. In light of Plaintiffs' intention to submit revised filings, it would be inefficient and a waste of the Court's and parties' resources to require the Bureau to respond (this Friday) to the soon-to-be-inoperative filings.

8. Accordingly, the parties agree that the deadlines adopted by the Court in its September 12 Minute order should be stayed. If the Court stays the deadlines, the parties will propose a new briefing schedule within five days of Plaintiffs completing their filing of a supplemental or amended complaint and revised summary judgment motion. If the parties cannot agree on a schedule, they will submit a joint filing with separate proposals.

For the reasons stated above, the parties request that the Court stay the deadlines established in the September 12 Minute order.

DATED: October 7, 2025 　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　MARK PAOLETTA
　　　　　　　　　　　　　　　　　　　　*Chief Legal Officer*
　　　　　　　　　　　　　　　　　　　　DANIEL SHAPIRO
　　　　　　　　　　　　　　　　　　　　*Deputy Chief Legal Officer*
　　　　　　　　　　　　　　　　　　　　VICTORIA DORFMAN
　　　　　　　　　　　　　　　　　　　　*Senior Legal Advisor*
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER DEAL
　　　　　　　　　　　　　　　　　　　　*Deputy General Counsel for Litigation*
　　　　　　　　　　　　　　　　　　　　ANDREA MATTHEWS
　　　　　　　　　　　　　　　　　　　　*Assistant General Counsel*

　　　　　　　　　　　　　　　　　　　　*/s/ Justin M. Sandberg*
　　　　　　　　　　　　　　　　　　　　JUSTIN M. SANDBERG
　　　　　　　　　　　　　　　　　　　　*Senior Counsel*
　　　　　　　　　　　　　　　　　　　　Consumer Financial Protection Bureau
　　　　　　　　　　　　　　　　　　　　1700 G St. NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20552
　　　　　　　　　　　　　　　　　　　　Tel:  (304) 494-3213 (Sandberg)
　　　　　　　　　　　　　　　　　　　　justin.sandberg@cfpb.gov
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Russell Vought and the Consumer Financial Protection Bureau*


　　　　　　　　　　　　　　　　　　　　*/s/ Pooja A. Boisture*
　　　　　　　　　　　　　　　　　　　　POOJA A. BOISTURE
　　　　　　　　　　　　　　　　　　　　   (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Rachel Fried (DC Bar No. 1029538)
　　　　　　　　　　　　　　　　　　　　Robin F. Thurston (DC Bar No. 1531399)
　　　　　　　　　　　　　　　　　　　　Skye L. Perryman (DC Bar No. 984573)
　　　　　　　　　　　　　　　　　　　　DEMOCRACY FORWARD FOUNDATION
　　　　　　　　　　　　　　　　　　　　P.O. Box 34553
　　　　　　　　　　　　　　　　　　　　Washington, DC 20043
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 448-9090

Facsimile: (202) 701-1775
pboisture@democracyforward.org
rfried@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*