**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RISE ECONOMY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, Acting Director, Consumer Financial Protection Bureau, in his official capacity, et al., <br><br> *Defendants*. | Case No. 1:25-cv-02374 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, Plaintiffs Rise Economy, National Community Reinvestment Coalition, Main Street Alliance, and ReShonda Young, and Defendants Russell Vought and Consumer Financial Protection Bureau, by and through their undersigned attorneys (each side a "Party," and together the "Parties"), respectfully stipulate to dismiss this action without prejudice, with each party to bear its own costs and fees.

1

Dated: May 15, 2026

Respectfully submitted,

*/s/ Joseph Frisone*
Joseph Frisone (VA Bar No. 90728)
*Senior Counsel*
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Tel.: (202) 435-9287
joseph.frisone@cfpb.gov

*Counsel for Defendants*

*/s/ Pooja A. Boisture*
Pooja A. Boisture (DC Bar No. 90043351)
Rachel L. Fried Nguemaha (DC Bar No. 1029538)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090
Facsimile: (202) 701-1775
pboisture@democracyforward.org

*Counsel for Plaintiffs*